Isabel S. Haines, Appellant, *v.* Albert G. Milbank et al., Copartners Practicing Law Under the Firm Name of Milbank, Tweed & Hope, Respondents.

Argued November 18, 1946; decided January 16, 1947.

*Aaron E. Koota* for appellant.

*John A. Kelly, Thomas P. Farley* and *Austen B. McGregor* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., CONWAY, THACHER and FULD, JJ.; DESMOND and DYE, JJ., dissent in the following memorandum: The judgment should be reversed and a new trial granted. Assuming, without deciding, plaintiff was bound, on the trial of this case, to make out a prima facie showing that the glass came from a particular window in the Chanin Building, we think the testimony justified an inference to that effect. Taking no part, LEWIS, J.